JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| BENJAMIN PEREZ, | ) | NO. SA 16-MC-0011-CJC(Ex) |
| Petitioner, | ) | |
| v. | ) | JUDGMENT |
| UNITED STATES OF AMERICA, ET AL., | ) | |
| Respondents. | ) | |

IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

DATED: November 4, 2016

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE